**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                    : **CHAPTER 13**
   **Nicole Smith**                        :
                                         :
           **Debtor(s)**        : **NO.  22-10328 MDC**

<u>APPLICATION FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES</u>

     MICHAEL A. LATZES, ESQUIRE, applies under Section 330 of the Code for an award

of compensation and reimbursement of actual, necessary expenses and represents:

    1.  Applicant is counsel for the debtor.

    2.  The debtor  filed a petition under Chapter 13 of the Bankruptcy Code on February 10,
2022.  Debtor's bankruptcy has not been confirmed

    3.  The debtor's annualized current monthly income as set forth on Form B22C is:


     ____  above median (the amount on line 15 is not less than the amount on line 16)

    X
     ____  below median (the amount on line 15 is less than the amount on line 16).

    4.  All services rendered and expenses incurred for which compensation or reimbursement
       is requested were performed or incurred for or on behalf of the debtor, the services and
       expenses were actual and necessary, and the compensation requested for those services is
       reasonable.

    5.  Applicant requests an award of compensation of $4,250.00 for providing the following
       services:

       Prepared and filed bankruptcy petition, appeared by telephone at the 341 Hearing, filed
       three Objections to Proof of Claims,, prepared Amended Chapter 13 Plan and Pre-Confirm.
       various phone calls, letters and e-mails to client, court personnel, attorneys and creditors.

    6.  Applicant does not request reimbursement for any expenses.

7.  The debtor  paid Applicant $1,800.00 prior to the filing of the petition.

8.  A copy of the Applicant's disclosure of compensation and pursuant to Fed. R Bankr. P. 2016(b) is attached hereto as Exhibit "A".

9.  None of the compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11 U.S.C. Section 504 (c) applies.

WHEREFORE, Applicant requests an award of $4,250.00 in compensation.

DATED: 12-6-22

/s/ MICHAEL A. LATZES
BY: MICHAEL A. LATZES, ESQUIRE
1528 Walnut Street, Suite 700
Philadelphia, PA 19102
Phone  (215) 545-0200
Fax (215) 545-0668